IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re the matter of | Chapter 13 |
| Jodi Evans | No. 18 B 80584 |
| Debtors. | Judge Thomas M. Lynch |

AGREED ORDER AMENDING PLAN & RESOLVING OBJECTION

This cause coming on to be heard on the objection to confirmation by Credit Acceptance Corporation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the plan is further amended to provide in Part 3.3 that Credit Acceptance Corporation's secured claim shall receive 6.75% interest and a fixed monthly payment of $288.55.

IT IS FURTHER ORDERED that Part 8 of the plan is amended to provide that the set payment to Credit Acceptance Corp. shall be ahead of the level of disbursement of debtors attorneys fees and any language to the contrary in Part 8 is removed.

IT IS FURTHER ORDERED that upon completion of the plan, Credit Acceptance Corporation or its successor(s) in interest agree(s) to release the title in a commercially reasonable manner to the co-owners of the vehicle free of any liens regardless of arguable co-borrower obligations.

_____
Attorney for the Debtor

Enter:

/s/ Christopher H. Purcell
Christopher H. Purcell
Sherman & Purcell LLP
120 S. LaSalle, Suite 1460
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. for Credit Acceptance Corporation

_____
Bankruptcy Judge

Dated: MAY 3 1 2018